IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JOHN LEE MALAER,

      Plaintiff,

v.

SDA INVESTMENTS, INC.,
dba LUMPY'S, an Oregon Corporation,

      Defendant.
_____

Civ. No. 1:22-cv-947-CL

ORDER

MCSHANE, Judge:

      Magistrate Judge Mark Clarke filed a Findings and Recommendation (#36), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although neither party filed objections, I reviewed the legal principles *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct. Magistrate Judge Clarke's Findings and Recommendation (#37) is adopted. Defendant's Motion to Dismiss (#31) is GRANTED as Plaintiff's claims are barred by the statute of limitations. IT IS SO ORDERED.

      DATED this 7th day of November, 2023.

                                          _____/s/ Michael J. McShane_____
                                                  Michael McShane
                                            United States District Judge